# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-3364

_____

HELEN J. SIMON,

Petitioner,

v.

CITY OF JACKSONVILLE,
FLORIDA,

Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction

June 4, 2019

PER CURIAM.

DENIED.

ROBERTS, WETHERELL, and MAKAR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Paul M. Harden and Zachary Watson Miller, Jacksonville, for Petitioner.

Craig D. Feiser, Office of General Counsel for the City of Jacksonville, Jacksonville, for Respondent.